FILED
U.S. District Court
District of Kansas
10/19/2026
Clerk, U.S. District Court
By: SND Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**ANTHONY ALLEN HARDESTY, JR.,**

**Plaintiff,**

**v.** **CASE NO. 26-3317-JWL**

**TIMOTHY EASLEY, et al.,**

**Defendants.**

**MEMORANDUM AND ORDER**

Plaintiff filed this pro se civil rights case under 42 U.S.C. § 1983. Plaintiff is confined at the Larned State Correctional Facility in Larned, Kansas. On September 10, 2026, the Court issued a notice of deficiency (Doc. 5) ("NOD") ordering Plaintiff to provide the financial information required to support his motion for leave to proceed in forma pauperis. *See* 28 U.S.C. § 1915(a)(2). The NOD provides that the failure to comply by October 13, 2026, may result in the dismissal of this matter without further notice. (Doc. 5, at 2.) Plaintiff has not filed a response as of the date of this Order.

Rule 41(b) of the Federal Rules of Civil Procedure "authorizes a district court, upon a defendant's motion, to order the dismissal of an action for failure to prosecute or for failure to comply with the Federal Rules of Civil Procedure or 'a court order.'" *Young v. United States*, 316 F. App'x 764, 771 (10th Cir. 2009) (citing Fed. R. Civ. P. 41(b)). "This rule has been interpreted as permitting district courts to dismiss actions *sua sponte* when one of these conditions is met." *Id.* (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003)). "In addition, it is well established in this circuit that a district court is

not obligated to follow any particular procedures when dismissing an action *without prejudice* under Rule 41(b)." *Young*, 316 F. App'x at 771–72 (citations omitted).

Plaintiff has failed to comply with the NOD by the Court's deadline. Therefore, Plaintiff's Complaint is dismissed without prejudice pursuant to Rule 41(b).

**IT IS THEREFORE ORDERED** that this matter is **dismissed without prejudice** pursuant to Fed. R. Civ. P. 41(b).

**IT IS FURTHER ORDERED** that Plaintiff's motion for leave to proceed in forma pauperis (Doc. 4) is **denied.**

**IT IS SO ORDERED**.

**Dated October 19, 2026, in Kansas City, Kansas.**

**S/ John W. Lungstrum**
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**